|   |
|---|
| FILED |
| CLERK, U.S. DISTRICT COURT |
| JUN - 3 2013 |
| CENTRAL DISTRICT OF CALIFORNIA |
| EASTERN DIVISION     BY DEPUTY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR01-00081-CBM |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION |
| v. | ) | (FED. R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |
| TRi Nguyen | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CENTRAL__ District of __CALIFORNIA__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND
- UNKNOWN BAIL RESOURCES

1

1 and/or

2 B.    ( )    The defendant has not met his/her burden of establishing by clear and
3           convincing evidence that he/she is not likely to pose a danger to the
4           safety of any other person or the community if released under 18
5           U.S.C. § 3142(b) or (c).  This finding is based on the following:

6           _____
7           _____
8           _____
9           _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 6/3/13

   *[signature]*
   HONORABLE DAVID T. BRISTOW
   United States Magistrate Judge

2